Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
Jeffrey A. Barker (SBN 166327)
jbarker@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of The Stars, 8th Floor.
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiffs Skechers U.S.A, Inc., and Skechers U.S.A., Inc. II*

TUCKER ELLIS LLP
Brian K. Brookey (SBN 149522)
brian.brookey@tuckerellis.com
Alexander J.L. Kaplan (SBN 308257)
alexander.kaplan@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:     213.430.3409

*Attorneys for Defendants Steven Madden, Ltd. and Steven Madden Retail, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SKECHERS U.S.A, INC., and SKECHERS U.S.A., INC. II,<br><br>    Plaintiff,<br>    v.<br><br>STEVEN MADDEN, LTD. and STEVEN MADDEN RETAIL, INC.,<br><br>    Defendants. | Case No. 2:23-CV-04869-GW<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES**<br><br>**Hon. George H. Wu** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II ("Plaintiffs") and Defendants Steven Madden, Ltd. and Steven Madden Retail, Inc. ("Defendants") reached a settlement in principle and are working to draft a written agreement that, when fully executed, would fully resolve the above-entitled

1 action. The Parties anticipate that a written settlement agreement will be finalized, fully
2 executed, and a Stipulation of Dismissal of this Action filed within 30 days of the filing
3 of this Notice.

4 Based on the foregoing, and in the interests of conserving the resources of the
5 Court and the Parties, the Parties request that all pending deadlines in this Action be
6 stayed for 30 days in order to allow the Parties sufficient time to finalize and execute a
7 written settlement agreement. The Parties further request that the Court set a Status
8 Conference regarding settlement after 30 days on a date convenient to the Court, in the
9 event a Stipulation of Dismissal has not been filed before then and further proceedings in
10 this action may be necessary.

Dated: August 10, 2023

**O'MELVENY & MYERS LLP**

By: /s/ *Jeffrey A. Barker*
Jeffrey A. Barker, Esq.

Attorney for Plaintiffs,
Skechers U.S.A, Inc. and Skechers U.S.A., Inc. II

Dated: August 10, 2023

**TUCKER ELLIS LLP**

By: /s/ *Brian K. Brookey*
Brian K. Brookey
Alexander J.L. Kaplan

Attorneys for Defendants,
Steven Madden, Ltd. and Steven Madden Retail, Inc.

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: August 10, 2023                    TUCKER ELLIS LLP

By: /s/ *Brian K. Brookey*
        Brian K. Brookey