UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-4869-GW-JPRx | Date | August 14, 2023 |
|---|---|---|---|
| Title | *Skechers U.S.A., Inc. et al v. Steven Madden, Ltd., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on August 10, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for September 18, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on September 14, 2023.

| | : | |
|---|---|---|
| Initials of Preparer | JG | |